# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID RICHTER, | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-01955-MMD-GWF |
| vs. | ) | **ORDER** |
| CLARK COUNTY SCHOOL DISTRICT and DOES I-X and ROES I-X, inclusive | ) | Motion to Seal - #7 |
| Defendants. | ) | |

This matter is before the Court on Plaintiff David Richter's Motion to Seal Exhibit List of David Richter's Filed Complaint (#7), filed on November 26, 2014.

Plaintiff asks this Court to order that the exhibits to David Richter's Complaint (#1) be sealed and redacted, as they contain confidential information about the Plaintiff. The Nevada Rules for Sealing and Redacting Court Records Rule 3(4) states that "The Court may order the court files and records, or any part thereof, in a civil action to be sealed or redacted, provided the court makes and enters written findings that the specific sealing or redaction is justified by identified compelling privacy or safety interests that outweigh the public interest in access to the court record." The public has a right to know who is using the courts, but does not need to know the social security number or other confidential information of the parties. Plaintiff has sufficiently established good cause to seal and redact the exhibits. Accordingly,

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that David Richter's Motion to Seal Exhibit List of David Richter's Filed Complaint (#7) is **granted.**  Plaintiff is to file under seal an unredacted copy of the exhibits.

DATED this 2nd day of December, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge