# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DAVID RICHTER,

        Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT,

        Defendant.

2:14-cv-01955-MMD-GWF

**ORDER**

Due to a conflict on the court's calendar,

IT IS HEREBY ORDERED that the Early Neutral Evaluation scheduled for 10:00 a.m., June 25, 2015 is VACATED and rescheduled for 10:00 a.m., July 10, 2015. The confidential settlement statement is due by 12:00 p.m., July 2, 2015. All else as stated in the Order (#15) scheduling the ENE remains unchanged.

IT IS SO ORDERED.

DATED this 1st day of June, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE