1  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
2  S. SCOTT GREENBERG, ESQ.
   Nevada Bar No. 4622
3  5100 W. Sahara Ave.
   Las Vegas, Nevada 89146
4  (702) 799-5373
   Attorney for Defendant,
5  CLARK COUNTY SCHOOL DISTRICT

6                   **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8  | DAVID RICHTER, | CASE NO. 2:14-cv-01955-MMD-GWF |
   |---|---|
   | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
   | v. | |
   | CLARK COUNTY SCHOOL DISTRICT, LLC; DOES I-X and ROES I-X, inclusive, | |
   | Defendants. | |

   COMES NOW, Plaintiff and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, and each party to bear its own costs and attorney's fees.  The parties agree that neither party is a prevailing party in this action and neither party will seek any attorney's fees

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

1  or costs pursuant to any rule, statute or law, whether local, state
2  or federal.

3      DATED this 5th day of August, 2015.

5  CLARK COUNTY SCHOOL DISTRICT    KANG & ASSOCIATES, PLLC
   Office of the General Counsel    Attorneys at Law

7  By: /s/ S. Scott Greenberg     By: /s/ Kyle R. Tatum
    S. SCOTT GREENBERG            KYLE R. TATUM
8     Nevada Bar No. 4622           Nevada Bar No. 13264
   5100 W. Sahara Ave.            6480 W. Spring Mountain Rd
9     Las Vegas, Nevada 89146        Suite 1
   Attorneys for Defendants       Las Vegas, NV 89146
10                                               Attorneys for Plaintiff

12 **IT IS SO ORDERED:**

14 Date: August 6, 2015
                                       U.S. DISTRICT COURT JUDGE